In the Matter of the Petition of REXFORD FLATS BRIDGE COMPANY, Appellant, *v.* THE CANAL BOARD et al., Respondents.

*Matter of Rexford Flats Bridge Co.* v. *Canal Board,* 168 App. Div. 558, affirmed.

(Argued February 28, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 16, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to rebuild a bridge across the Mohawk river. The petitioner alleged that the canal board, notwithstanding an injunction order, completed a dam across the Mohawk river down stream from its bridge raising the water about seventeen feet at plaintiff's bridge, and that this act on the part of the respondents caused the waters of the Mohawk river to rise against appellant's bridge, so that the same was entirely destroyed, the entire bridge and piers swept away by the force of the river, and that the damage was caused solely and entirely by the acts of the canal board in building and maintaining said dam.

*Thomas O'Connor* for appellant.

*Egburt E. Woodbury, Attorney-General (Wilber W. Chambers* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.